UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation,<br><br>Defendant-Intervenor. | No. 2:18-cv-02785-TLN-DMC<br><br>**STIPULATION AND ORDER TO SET SCHEDULING ON MOTION FOR STAY PENDING APPEAL** |

Page 1 - STIPULATION AND ORDER TO SET BRIEFING SCHEDULE

Pursuant to L.R. 143, the undersigned parties hereby stipulate to the following briefing schedule regarding a forthcoming motion to stay the Court's injunction pending appeal. The following schedule is proposed:

| | |
|---|---|
| Motion filed: | April 26, 2019 |
| Responses: | May 7, 2019 |
| Replies: | May 14, 2019 |

In support of this Stipulation, the parties state as follows:

1. Federal Defendants intend to file a motion for stay of the Court's injunction (ECF No. 52, Jan. 25, 2019) pending appeal pursuant to Fed. R. Civ. P. 62(d).
2. AFRC also filed a motion for stay pending appeal, ECF No. 64. The parties propose that the above schedule control the deadlines for the responses and replies to AFRC's motion in lieu of the schedule set forth in Local Rule 230.
3. The parties do not request oral argument on Federal Defendants' motion for stay or AFRC's motion for stay.
4. The parties have engaged in some settlement discussions and continue to engage in discussions. However, Federal Defendants do not believe they can further delay seeking relief in light of conditions on the ground and the imminent possibility of operations.
5. If the injunction is stayed, operations that are currently enjoined could begin as early as June. Accordingly, an expedited resolution of the stay request in this Court will aid orderly preparations and would give sufficient time for parties to apply to the Court of Appeals for relief if appropriate under Fed. R. App. P. 8(a)(1).

WHEREFORE, the undersigned parties respectfully request the Court enter an order establishing the above briefing schedule and vacating the hearing on the motion for stay pending appeal.

Respectfully submitted this 26th day of April 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ (TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0486
Fax: (202) 305-0506
E-mail: krystal-rose.perez@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Susan Jane M. Brown*
Susan Jane M. Brown, *Admitted Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

Brodia N. Minter, *Admitted Pro Hac Vice*
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, Oregon 97520
Brodia@kswild.org
Ph: (541) 488-5789
Fax: (541) 552-1561

*Counsel for Plaintiffs*

Dennis L. Porter (Cal. Bar #67176), Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #05573), *Pro Hac Vice*
Sara Ghafouri (Ore. Bar #111021), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

Attorneys for Defendant-Intervenor American Forest Resource Council

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED**.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge

Page 4 - STIPULATION AND ORDER TO SET BRIEFING SCHEDULE