UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation,<br><br>Defendant-Intervenor. | No. 2:18-cv-02785-TLN-DMC<br><br>**STIPULATION AND ORDER** |

Pursuant to L.R. 143, the undersigned parties hereby stipulate to the following:

1. Federal Defendants' and Defendant-Intervenor's appeals of the Court's January 25, 2019 Order are currently pending.

2. On May 31, 2019, the Court issued a stay pending appeal of its January 25, 2019 Order.

Page 1 - STIPULATION AND ORDER

On June 3, 2019, Plaintiffs filed a motion for a stay (ECF No. 76) of the Court's May 31, 2019 Order. Plaintiffs' motion is the only motion currently pending in this case.

3. Plaintiffs also appealed the Court's May 31, 2019 Order and filed an emergency motion for injunction pending appeal pursuant to Circuit Rule 27-3. *See* ECF No. 76 at 2. On June 11, 2019, the Ninth Circuit denied Plaintiffs' emergency motion for injunction pending appeal.

4. On June 25, 2019, the Ninth Circuit granted in part Plaintiffs' unopposed motion for procedural relief and ordered that Plaintiffs' appeal be held in abeyance pending the resolution of Federal Defendants' and Defendant-Intervenor's appeals.

5. The Ninth Circuit has indicated that Federal Defendants' and Defendant-Intervenor's appeals will be argued in October 2019. Briefing will be complete on these appeals as of July 8.

6. Because the decision of the pending appeals will determine the resolution of the pending motion as well as give guidance for further proceedings in this Court, the parties believe a stay of district court proceedings will best conserve the time and resources of the Court and the parties.

7. Accordingly, the parties respectfully request that the Court stay proceedings in this matter, including the Plaintiffs' motion, until the pending appeals are resolved.

WHEREFORE, the undersigned parties respectfully request the Court enter an order staying Plaintiffs' Motion for Stay (ECF No. 76) and staying all proceedings in this case pending the disposition of Ninth Circuit appeals Nos. 19-15384, 19-15597, and 19-16133, and directing the parties to submit a proposal for further proceedings within 30 days of the issuance of the mandate of the Ninth Circuit.

Page 2 - STIPULATION AND ORDER

Respectfully submitted this 1st day of July 2019.

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #05573), *Pro Hac Vice*
Sara Ghafouri (Ore. Bar #111021), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

Dennis L. Porter (Cal. Bar #67176), Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Counsel for Defendant-Intervenor*


LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez (by LEF, as authorized 6/30/2019)*
KRYSTAL-ROSE PEREZ (TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 305-0486
Fax:  (202) 305-0506
E-mail:  krystal-rose.perez@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Susan Jane M. Brown (by LEF, as authorized 7/1/2019)*
Susan Jane M. Brown, *Admitted Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232

brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

Brodia N. Minter, *Admitted Pro Hac Vice*
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, Oregon 97520
Brodia@kswild.org
Ph: (541) 488-5789
Fax: (541) 552-1561

*Counsel for Plaintiffs*

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED**.

Dated: July 2, 2019

_____
Troy L. Nunley
United States District Judge