UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br> Plaintiffs,<br><br> v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br> Federal Defendants,<br><br> and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation,<br><br> Defendant-Intervenor. | No. 2:18-cv-02785-TLN-DMC<br><br>**JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS AND ORDER** |

  Pursuant to the Court's August 19, 2019 Minute Order, ECF No. 81, the parties submit the following proposal for further proceedings:

 1. The parties respectfully request that the Court adopt the following schedule for summary

Page 1 – JOINT PROPOSED SCHEDULE AND ORDER

judgment briefing, and adopt the indicated modifications to its standing order regarding page limits:

   a. Plaintiffs shall move for summary judgment by February 27, 2020, with a memorandum limited to 25 pages.

   b. Federal Defendants shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by March 26, 2020, in one memorandum limited to 25 pages.

   c. Defendant-Intervenor shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by March 26, 2020, in one memorandum limited to 25 pages.

   d. Plaintiffs shall file their reply/opposition brief by April 16, 2020, limited to 15 pages.

   e. Federal Defendants shall file their reply by May 7, 2020, limited to 15 pages.

   f. Defendant-Intervenor shall file its reply by May 7, 2020, limited to 15 pages.

2. The parties request that the Court set a hearing for oral argument on summary judgment on **May 28, 2020, at 2:00 p.m.,** or as soon as practicable thereafter compatible with the Court's schedule.

Respectfully submitted this 9th day of December 2019.

```
                           JEAN E. WILLIAMS
                           Deputy Assistant Attorney General
                           Environment & Natural Resources Division

                           /s/ Krystal-Rose Perez
                           KRYSTAL-ROSE PEREZ (TX Bar # 24105931)
                           Trial Attorney
                           United States Department of Justice
                           Environment & Natural Resources Division
                           P.O. Box 7611
```

Washington, D.C. 20044-7611
Tel: (202) 305-0486
Fax: (202) 305-0506
E-mail: krystal-rose.perez@usdoj.gov

*Attorney for Federal Defendants*


*/s/ Susan Jane M. Brown (with permission)*
Susan Jane M. Brown, *Admitted Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

Brodia N. Minter, *Admitted Pro Hac Vice*
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, Oregon 97520
Brodia@kswild.org
Ph: (541) 488-5789
Fax: (541) 552-1561

*Attorneys for Plaintiffs*


*/s/ Lawson E. Fite (with permission)*
Lawson E. Fite (Ore. Bar #05573), *Pro Hac Vice*
Sara Ghafouri (Ore. Bar #111021), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Page 3 – JOINT PROPOSED SCHEDULE AND ORDER

sghafouri@amforest.org

Dennis L. Porter (Cal. Bar #67176), Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Attorneys for Defendant-Intervenor American Forest Resource Council*

The Court having considered the parties' Joint Proposed Schedule for Further Proceedings, **IT IS SO ORDERED**.

Dated: December 9, 2019

_____
Troy L. Nunley
United States District Judge