UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation,<br><br>Defendant-Intervenor. | No. 2:18-cv-02785-TLN-DMC<br><br>**ORDER TO MODIFY SCHEDULING ORDER** |

The parties hereby jointly move to modify the Court's December 9, 2019 Order, ECF No. 84. In support of their unopposed motion, the parties state the following:

1. On December 9, 2019, the parties submitted a proposed schedule for further proceedings

Page 1

in this matter, ECF No. 83, and the Court adopted the schedule later that day, ECF No. 84, setting forth a briefing schedule for dispositive motions.

2. In light of the current public health situation and because of other pressing matters, Federal Defendants and Defendant-Intervenor require more time—15 days—to respond to Plaintiffs' Motion for Summary Judgment, ECF No. 88. As a result, the parties respectfully request that the Court adopt the following schedule for summary judgment briefing:

    a. Federal Defendants shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by **April 10, 2020**.
    b. Defendant-Intervenor shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by **April 10, 2020**.
    c. Plaintiffs shall file their reply/opposition brief by **May 8, 2020**.
    d. Federal Defendants shall file their reply by **May 29, 2020**.
    e. Defendant-Intervenor shall file its reply by **May 29, 2020**.

3. The parties request that all other aspects of the Court's December 9, 2019 Order remain in full force and effect, including the Court's modifications to its standing order regarding page limits. ECF No. 84.

4. The parties request that the Court set a hearing for oral argument on summary judgment when the Court is available and further request a telephonic hearing if the Court is closed to the public.

Respectfully submitted this 20th day of March 2020.

> PRERAK SHAH
> Deputy Assistant Attorney General
> Environment & Natural Resources Division

Page 2

<u>*/s/ Krystal-Rose Perez*</u>
KRYSTAL-ROSE PEREZ (TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0486
Fax: (202) 305-0506
E-mail: krystal-rose.perez@usdoj.gov

*Attorney for Federal Defendants*

<u>*/s/ Susan Jane M. Brown (as authorized on March, 20, 2020)*</u>

Susan Jane M. Brown, *Admitted Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

Brodia N. Minter, *Admitted Pro Hac Vice*
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, Oregon 97520
Brodia@kswild.org
Ph: (541) 488-5789
Fax: (541) 552-1561

*Attorneys for Plaintiffs*

<u>*/s/ Lawson E. Fite (as authorized on March 20, 2020)*</u>
Lawson E. Fite (Ore. Bar #05573), *Pro Hac Vice*

Page 3

Sara Ghafouri (Ore. Bar #111021), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

Dennis L. Porter (Cal. Bar #67176), Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Attorneys for Defendant-Intervenor American Forest Resource Council*

## **ORDER**

The Court having considered the parties' Joint Motion to Modify Scheduling Order, ORDERS the following:

a. Federal Defendants shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by **April 10, 2020**.

b. Defendant-Intervenor shall file a combined Cross-Motion for Summary Judgment and response to Plaintiffs' motion for summary judgment by **April 10, 2020**.

c. Plaintiffs shall file their reply/opposition brief by **May 8, 2020**.

d. Federal Defendants shall file their reply by **May 29, 2020**.

e. Defendant-Intervenor shall file its reply by **May 29, 2020**.

The Hearing on the Cross-Motions for Summary Judgment is continued to **June 11, 2020 at 2:00 PM** in Courtroom 2.

Page 4

Dated: March 24, 2020

Troy L. Nunley
United States District Judge